**Order entered January 29, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01420-CV

**IN THE INTEREST OF I.E.S. AND D.W.S., CHILDREN**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 83149-86**

## ORDER

Before this Court is court reporter Jonette C. Jackson's January 27, 2020 request for extension of time to file the reporter's record. Ms. Jackson states that appellant has not yet requested preparation of the reporter's record. For this reason, we **DENY** the request as premature.

The record before this Court shows that appellant is indigent and is allowed to proceed without payment of costs. Accordingly, we **ORDER** appellant to provide, by **February 10, 2020,** written verification that he has requested preparation of the reporter's record[1]. We caution appellant that failure to provide the requested verification by **February 10, 2020**, may result in an order that the appeal be submitted without the reporter's record. *See* TEX. R. APP. 37.3(c).

---

[1] Appellant shall disregard this Court's letter dated January 27, 2020.

We **DIRECT** the Clerk of this Court to send a copy of this **ORDER** to Ms. Jackson; Elizabeth Crow Woods, Official Court Reporter of the 86th Judicial District Court; and all parties.

/s/     BILL WHITEHILL
          JUSTICE